UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LEANNE ROSE MONDORUZA,<br><br>  Plaintiff,<br>v.<br>MID-CENTURY INSURANCE COMPANY,<br><br>  Defendant. | Case No. 2:17-cv-3131-KJD-PAL<br><br>ORDER |

This matter is before the court on: (1) the parties' failure to file a joint status report as required in Order (ECF No. 4) entered December 29, 2017, regarding removal of this case to federal district court; and (2) plaintiff's failure to file a certificate of interested parties.

On January 12, 2018, Defendant filed a signed Statement (ECF No. 6) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required.

LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, plaintiff has failed to comply.

Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than March 20, 2018,** which must:

1

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

**IT IS FURTHER ORDERED** that plaintiff shall file her certificate of interested parties, which fully complies with LR 7.1-1 **no later than March 20, 2018**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 6th day of March, 2018.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE