David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
Mid-Century Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LEANNE ROSE MONDORUZA, an individual ) Case No.: 2:17-cv-03131-KJD-PAL
)
      Plaintiff, )
)
  vs. )
)
MID-CENTURY INSURANCE COMPANY; )
DOES I through X; and ROE CORPORATIONS )
XI through XX, inclusive, )
)
      Defendants. )
)
)

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the Plaintiff Leanne Rose Mondoruza, by and through her counsel of record, David Moore, Esq. of EDWARD M. BERNSTEIN & ASSOCIATES, and Defendant Mid-Century Insurance Company, by and through its counsel of record, David J. Feldman, Esq. of The Feldman Firm, that Case No. 2:17-cv-03131-KJD-PAL entitled *Leanne*

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**
Re: *Leanne Rose Mondoruza v. Mid-Century Insurance Company, et al.*
Case No. 2:17-cv-03131-KJD-PAL

*Rose Mondoruza v. Mid-Century Insurance Company*, is hereby dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs and any interest.

Dated: 4/11/18

David Moore, Esq.
NV Bar No.: 8580
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 471-5721
Fax: (702) 385-4640
dmoore@edbernstein.com
*Attorneys for Plaintiff*
*Leanne Rose Mondoruza*

Dated: 4/12/18

David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Fax: (702) 949-5097
dfeldman@feldmangraf.com
Attorneys for Defendant
Mid-Century Insurance Company

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:** 4/26/2018

2